**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL WHEELER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:26-cr-135 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Abizer Zanzi relating to Defendant Michael Wheeler' plea of guilty. [DE 3.] Following a hearing, [DE 9] Judge Zanzi found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charges. Judge Zanzi recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Zanzi's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Zanzi's findings and recommendation concerning the Defendant's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 9] in its entirety.

Defendant Michael Wheeler is adjudged GUILTY of violating 29 U.S.C. §501(c). The

sentencing hearing will be set by a subsequent notice.

SO ORDERED.

ENTERED: October 14, 2026.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE